IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| JAMAR J. DRAPER, | ) |  |
| --- | --- | --- |
| Petitioner, | ) |  |
| v. | ) | Case No. CIV-16-1231-R |
| JOE M. ALLBAUGH, | ) |  |
| Respondent. | ) |  |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered May 22, 2017. Doc. No. 17. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Moreover, the Magistrate Judge recommended that Respondent's Motion to Dismiss be granted and that Petitioner be allowed to amend his Petition. On June 1, 2017, Petitioner filed an Amended Petition herein. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is re-referred to United States Magistrate Judge Bernard M. Jones for further proceedings consistent with the original referral entered herein on October 25, 2016.

IT IS SO ORDERED this 14th day of June, 2017.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE